UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMAD EHAB SABRA,

    Petitioner,

  v.

NEIL CLARK,

    Respondent.

Case No. C06-1832RSL

ORDER TO SHOW CAUSE

On March 14, 2007, the Honorable James P. Donohue, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to petitioner, but was returned unopened on March 26, 2007, as petitioner apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for June 1, 2007. If petitioner fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

ORDER TO SHOW CAUSE - 1

1    DATED this 29th day of March, 2007.

2

3                                                             /s/ Robert S. Lasnik

4                                                             Robert S. Lasnik
                                                              United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE - 2