# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MUHAMAD EHAB SABRA,

    Petitioner,

    v.

NEIL CLARK,

    Respondent.

Case No. C06-1832RSL

ORDER OF DISMISSAL

On March 14, 2007, the Honorable James P. Donohue, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. That Report and Recommendation was mailed to petitioner but was returned unopened on March 26, 2007, as petitioner apparently no longer resides at the address on file with the Court.

Local Rule 10(f) requires parties to notify the court of any change of address or telephone number within ten days of the change. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that petitioner has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

ORDER OF DISMISSAL - 1

1    DATED this 4th day of June, 2007.

2

3                                                    *[signature]*

4                                                    Robert S. Lasnik
                                                     United States District Judge

ORDER OF DISMISSAL - 2